ACCEPTED
01-15-00464-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 3:59:41 PM
CHRISTOPHER PRINE
CLERK

Christopher A. Prine, Clerk of the Court

First Court of Appeals

301 Fannin Street

Houston, Texas 77002-2066

1st. Court of Appeals

01-15-00464-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/21/2015 3:59:41 PM

CHRISTOPHER A. PRINE
Clerk

To Honorable Justices of Court I am requesting an extension on filing my brief. My request are twofold, one I have had a flair up from my injuries and have been having severe back and leg pain and I had to obtain funds in order to pay for Documents that will be requested from Post Judgment Department of the District Court.

Andrew Patterson, Pro Se, /s/

Andrew Patterson, Pro Se

6207 Fondren Road

Houston, Texas 77036

832 276 1712

CC Vaughan E. Waters

vwaters@thorntonfirm.com